**FILED**
April 25, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

AARON ROSS,

        Defendant.

Case No. 2:24-cr-00115-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON ROSS, Case No. 2:24-cr-00115-KJM, Charge 18 U.S.C. § 3606 – Supervised Release Violation, from custody for the following reasons:

    X   Release on previously imposed supervised release conditions.

        Bail Posted in the Sum of $

            Unsecured Appearance Bond $

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

            (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

   X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 25, 2025 at 2:23 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson