§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 30, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON ROSS,

Defendant.

Case No.  2:24-CR-00115-DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON ROSS, Case No.  2:24-CR-00115-DAD , Charge Title 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Corporate Surety Bail Bond

(Other): The Court·sentenced the defendant to a term of

X     imprisonment of time served as of 3/30/2026. Defendant Shall be

_____ Released on 3/30/2026.

Issued at Sacramento, California on March 30, 2026, at  _10 : 50_  a.m

By:  _Dale A. Drozd_

District Judge Dale A. Drozd